TMG 

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLISON COOPER, et al.

    Plaintiffs

vs.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY

    Defendant

: CIVIL ACTION

: NO. 06-CV-888

FILED
MAR 17 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 16th day of March, 2010, it is hereby ORDERED that the Motion of the Defendant to Dismiss the Second Amended Complaint [Doc. #48] is DENIED.

It is further ORDERED that Defendant shall file an Answer to the Second Amended Complaint within 20 days of the date of this Order.

BY THE COURT:

_Thomas M. Golden_
THOMAS M. GOLDEN, J.