IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLISON COOPER, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 06-888 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 6th day of September 2011, upon consideration of Plaintiffs' Motion to Approve Settlement (Doc. No. 129), Defendant's Response in Opposition (Doc. No. 135), Plaintiffs' Reply in further support of the Motion (Doc. No. 137), the arguments of counsel at the June 15, 2011 hearing on the Motion, Plaintiffs' Supplemental Brief in further support of the Motion (Doc. No. 141), and in accordance with the Opinion of this Court dated September 6, 2011, it is **ORDERED** as follows:

1. Plaintiffs' Motion to Approve Settlement (Doc. No. 129) is **DENIED** with prejudice.

2. Plaintiffs' Alternative Motion for Leave to Amend (Doc. No. 129) is **DENIED** without prejudice.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.